John *v.* The Cincinnati, Richmond, and Ft. Wayne R. R. Co. and Another.

## MILLER *v.* REMLEY.

MORTGAGE.—*Foreclosure.*—Where a mortgage is executed to secure the payment of several promissory notes when they shall become due, it may be foreclosed upon non-payment, when due, of any of the notes.

APPEAL from the Warren Circuit Court.

DOWNEY, C. J.—This was an action by the appellee against the appellant to foreclose a mortgage to secure the payment of four notes, when they should become due. The language is "to secure the payment, when they shall become due, of four promissory notes, bearing even date herewith," &c.

It is insisted by the appellant that there could be no foreclosure of the mortgage until all the notes were due, and that as only two of the notes were due when the suit was brought, the action was prematurely brought. This is the only point. This exact question was decided by this court, against the position of the appellant, in *Hunt* v. *Harding*, 11 Ind. 245.

The judgment is affirmed, with five per cent. damages and costs.

*J. H. Brown*, for appellant.
*J. M. Butler*, for appellee.